# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOEL NWOKIKE,

    Plaintiff,

v.

WAYPOINT RESOURCE GROUP, LLC,

    Defendant.

C21-5087 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by June 18, 2021, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on February 8, 2021, docket no. 3. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of June, 2021.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1